```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
         1400 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-6166
         Facsimile: (213) 894-7177
 8       E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
                   UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,    )   NO.  CV 10-7837 SVW
13                               )
              Plaintiff,         )   [PROPOSED]
14                               )
              v.                 )   CONSENT JUDGMENT OF FORFEITURE
15                               )
    $19,300.00 IN U.S. CURRENCY  )
16                               )
              Defendant.         )
17  _____)
```

FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

18   This action was filed on October 19, 2010.  Notice was given
19 and published in accordance with law.  Richard D. Gordon and
20 Darryn E. Rivera ("Claimants") filed a statement identifying
21 right or interest on December 27, 2010.  No other statements of
22 interest or answers have been filed, and the time for filing
23 statements and answers has expired.  Plaintiff and Claimants have
24 reached an agreement that is dispositive of the action.  The
25 parties hereby request that the Court enter this Consent Judgment
26 of Forfeiture.
27   **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
28   1.  This court has jurisdiction over the parties and the
   subject matter of this action.

2.  Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Claimants Richard D. Gordon and Darryn E. Rivera are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.  The United States of America shall have judgment as to $16,200.00 of the defendant currency and all interest earned on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.  The remaining $3,100.00 of the defendant currency, without interest, shall be returned to Claimant Richard D. Gordon, 3913 E. Wateka Court, Gilbert, AZ 85201.

5.  Claimants hereby release the United States of America, its agencies, agents, and officers, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the Claimants.

6.  The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: _Feb 7_, 2011

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: February 7, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
STEVEN R. WELK
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: February 7, 2011

_____
RICHARD D. GORDON
Claimant

DATED: February 7, 2011

_____
DARRYN E. RIVERA
Claimant

3